# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LEROY FRAZIER,  : No. 173 MM 2018
:
        Petitioner  :
:
:
        v.  :
:
:
JOHN A. VASKOV, ESQUIRE DEPUTY  :
PROTHONOTARY OF THE SUPREME  :
COURT OF PENNSYLVANIA IN HIS  :
OFFICIAL CAPACITY,  :
:
        Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.